# Exhibit 6

## DECLARATION OF RONGHUAI ZHAO

I, Ronghuai Zhao, hereby declare as follows:

1. My name is Ronghuai Zhao. I am the owner of HUITONG Co., Ltd. ("HUITONG") on Walmart.com e-commerce platform. I am over eighteen years of age, and I make this declaration based on my own knowledge.

2. I have reviewed Plaintiff's Complaint and other supporting documents. I understand that HUITONG is being accused of selling infringing products.

3. HUITONG is a Chinese entity incorporated in Ruzhou, China, and operates solely from China. It has never owned, leased, used, or possessed any real property in Illinois, and has not been subject to the Illinois tax jurisdiction.

4. Additionally, HUITONG has no office, employees, or agents in Illinois. It has not engaged in advertising, marketing, or held any telephone lines or listings in Illinois. It does not maintain any bank accounts or warehouse inventory in Illinois and has never used an internet service provider from Illinois.

5. After a diligent search of the sales records, it is confirmed that HUITONG has never sold or shipped any accused products to Illinois.

I declare under penalty of perjury of the laws of the United States of America that the above is true and correct to my best knowledge.

Date: December 17, 2024

Signed by: *Ronghuai Zhao*
Ronghuai Zhao

